UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
WESTCHESTER FIRE INSURANCE COMPANY,   Case No. 14cv07969 (JMF)(KNF)

                    Plaintiff,   **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)1(A)(i)**

      v.

TWINS ELECTRIC CORP., ALFONSO DI FUSCO,
ROSANNA DI FUSCO, ANTHONY DI FUSCO,
SAMANTHA DI FUSCO, FRANK DI FUSCO,
LORRIE DI FUSCO, STEVEN DI FUSCO, AND
JENNA DI FUSCO,

                    Defendants.
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/31/2014

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff WESTCHESTER FIRE INSURANCE COMPANY, by its counsel, Gottesman, Wolgel, Flynn, Weinberg & Lee, P.C., hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, solely against the defendant TWINS ELECTRIC CORP.

Date:  New York, New York
        December 29, 2014

                                                    _____
                                                    RICHARD B. DEMAS
                                                    Gottesman, Wolgel, Flynn,
                                                    Weinberg, & Lee P.C.
                                                    Attorney for Plaintiff,
                                                    Westchester Fire Insurance Co.
                                                    11 Hanover Square-4th Floor
                                                    New York, NY 10005
                                                    (212) 495-0100

To:    Twins Electric Corp.
        695 132nd Street, Suite 205
        Bronx, NY 10454

SO ORDERED.

_____
JESSE M. FURMAN
United States District Judge
December 31, 2014

Rosanna Di Fusco
46 Baron Drive
Hopewell Junction, NY 12533

Alfonso Di Fusco
46 Baron Drive
Hopewell Junction, NY 12533

Samantha Di Fusco
25 Brigam Lane
Hopewell Junction, NY 12533

Anthony Di Fusco
25 Brigam Lane
Hopewell Junction, NY 12533

Frank Di Fusco
36 Lees Way
Hopewell Junction, NY 12533

Lorrie Di Fusco
36 Lees Way

**SO ORDERED:**

_____